9 F.3d 477w
 63 Fair Empl.Prac.Cas. (BNA) 733,
63 Empl. Prac. Dec. P 42,771
Freddie EASON, Plaintiff-Appellant,
v.
The CITY OF MEMPHIS, Defendant-Appellee.
Sam DAVIS; Allen Roberts; Herbert Chambers; John
Distretti; Kenneth Jackson; and Billy L. Tuten,
Plaintiffs-Appellants,
v.
The CITY OF MEMPHIS; Richard C. Hackett, individually and
in his official capacity as Mayor; B.G. Hall,
individually and in his official
capacity as Director of Fire
Services,
Defendants-
Appellees.
 Nos. 92-6157, 92-6158.
 United States Court of Appeals,
Sixth Circuit.
 Argued Aug. 2, 1993.
Decided Nov. 9, 1993.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 37 F.3d 1155.